F. D. VAN VECHTEN, *et ux.,* v. M. A. SMITH, as Liquidator of Dade County Security Company.

177 So. 611.

Decision Filed December 16, 1937.

James M. Carson, Leonard Epstein, Carson & Petteway and Lewis W. Petteway, for Appellants;

Rasco & Moore and Richard H. Hunt, for Appellee.

PER CURIAM.—This cause having been submitted upon the transcript of the record and the written briefs and oral arguments of counsel for the respective parties, the Court, after due inspection of the record and consideration of the questions involved in the light of the briefs and arguments of counsel, finds no reversible error in the record. The orders appealed from are accordingly affirmed.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD and CHAPMAN, J. J., concur.